UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MBAWE,

    Plaintiff,

CASE NO. 1:16-CV-1189

v.

HON. ROBERT J. JONKER

FERRIS STATE UNIVERSITY, et. al.,

    Defendants.
_____/

**JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of Defendants and against Plaintiff.

Dated:   January 10, 2018         /s/ Robert J. Jonker
                                                       ROBERT J. JONKER
                                                       CHIEF UNITED STATES DISTRICT JUDGE