# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 09, 2018

Mr. Adam Shereef Abu Akeel
Mr. Shereef Hadi Akeel
Mr. Michael E. Cavanaugh
Mr. Ryan K. Kauffman

Re: Case No. 18-1046, *John Mbawe v. Ferris State University, et al*
Originating Case No. : 1:16-cv-01189

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

cc: Mr. Thomas Dorwin

Enclosure

Case No. 18-1046

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

JOHN MBAWE

      Plaintiff - Appellant

v.

FERRIS STATE UNIVERSITY, a Michigan Institution of Higher Education; RENEE VANDER MYDE; STEPHEN DURST; BATES JEFFREY; PAUL BLAKE, individually and in their official capacities

      Defendants - Appellees

Upon consideration of the appellant's motion to file an oversized brief,

It is **ORDERED**, and the motion be and it hereby is, **GRANTED**. Appellant's brief filed March 26, 2018 is hereby accepted as filed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 09, 2018